```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>U S SHEETMETAL & HOOD, a California corporation<br><br>　　　　　Defendant. | NO. C 07 1034 WHA<br><br>ORDER TO CONTINUE CASE <u>MANAGEMENT CONFERENCE</u> |

　　　　IT IS ORDERED that the Case Management Conference in this case originally set for May 31, 2007 continued to June 22, 2007 at 11:00 a.m. in Courtroom 9, 19th Floor, San Francisco, CA.

Dated: May 18, 2007.

　　　　　　　　　　　　　　　　　　　Honorable William H. Alsup

*[Seal: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]*

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>　　　　1